PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | |
| Plaintiff, | ) ) | CASE NO. 4:16CV2225 |
| v. | ) ) | JUDGE BENITA Y. PEARSON |
| EMAD ABURAHMA, | ) ) | |
| Defendant. | ) ) | **MEMORANDUM OF OPINION AND ORDER** [Resolving ECF No. 15] |

On February 24, 2017, parties reached a settlement agreement at a Mediation conducted by Magistrate Judge George J. Limbert. The agreement was reached in Magistrate Judge Limbert's presence. Plaintiff's counsel subsequently prepared and emailed a proposed Release to Defendant. ECF No. 15-1. Plaintiff's counsel attempted to contact Defendant on March 6, 2017, March 15, 2017, and March 17, 2017 about executing the Release. Defendant has failed to sign and return the Release, and has not offered any objection to its terms. Defendant has since indicated to Plaintiff that he does not intend to honor the settlement agreement. ECF No. 15-2.

The Court grants Plaintiff's Motion to Enforce the settlement agreement, which was reached with the consent of the parties at a Mediation before Magistrate Judge Limbert. Defendant shall honor the terms of the settlement and, for the reasons above and stated in

(4:16CV2225)

Plaintiff's Motion, the Court hereby enforces the settlement in accordance with the details in the Release.

     IT IS SO ORDERED.

| | |
|---|---|
| May 3, 2017 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |